# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 15-56777 |
| | : | |
| Barry E. Disbennett | : | Chapter 13 |
| Kimberley L. Disbennett | : | |
| | : | Judge Preston |
| Debtor. | : | |

### **Appraisal**

Now comes the debtor, by and through counsel, and hereby submits the following appraisals for the following real property in the above matter

1. 206 N. Maple Street $96,000

2. 207 S. Ash Street $134,000

                                      Respectfully submitted,

                                      /s/ Gregory S. DuPont
                                      Gregory S. DuPont (#0059351)
                                      Gregory S. DuPont Attorney at Law, Ltd.
                                      655 Metro Place South, Ste 600
                                      Dublin, OH 43017
                                      614.408.0529 Phone
                                      866.465.1924 Facsimile
                                      greg@gsdupont.com
                                      Attorney for Debtor

Thomas Millican & Associates, Inc.

P.O. Box 20003

Columbus, Ohio 43220

(614)457-3034

Entered Home: No   on 01/25/2015        Date: 02/11/2015     Appraised by: Thomas L. Millican

Fair Market Values as of this date $96,000.00 CONVENTIONAL Price

Owner: Disbennet, Kim & Berry                                              Bankruptcy #

Address: 206 N. Maple Street

Marysville, Oh 43040                                                Approximate Age:   0

Style: 2 story                           Construction: siding

Bedrooms: 4         Baths: 1.5           Family Room:              Fireplace:

Type Heating:                    A/C:            Humidifier:        Electric Service:

Garage: 1 car       Driveway: concrete   Patio: porch              Landscaping: average

Basement: yes       Rec. Room:           Utility Room:              Fence: no

Entry:              Living Room: yes                Dining Room:

Kitchen:                    Windows:                        Roof: composition

Flooring:

GENERAL CONDITION AS APPRAISED    Interior: Not Entered        Exterior: Excellent

COMPARABLE PROPERTIES

| Address | Type | Bdrm | Baths | Gar | Bsmt | Sold | Date |
|---|---|---|---|---|---|---|---|
| 215 N. Court Street | 2 sty | 3 | 2 | no | partial | $ 95,000.00 | 09/24/2014 |
| 127 S. Maple Street | 2 sty | 4 | 1.5 | 2 | partial | $ 98,000.00 | 07/31/2014 |
| 627 6th Street | 2 sty | 3 | 1 | 1 | partial | $105,000.00 | 10/29/2014 |

REMARKS:

Information estimates furnished to the appraiser were obtained from sources considered reliable, believed to be true and correct. However, no responsibility can be taken for their accuracy.

Thomas Millican & Associates, Inc.

P.O. Box 20003

Columbus, Ohio 43220

(614)457-3034

Entered Home: No on 01/25/2015     Date: 02/11/2015     Appraised by: Thomas L. Millican

Fair Market Values as of this date $134,000.00 CONVENTIONAL Price

Owner: Disbennet, Kim & Berry                                            Bankruptcy #

Address: 207 S. Ash Street

Marysville, Oh 43040                                                     Approximate Age: 0

Style: 2 story                      Construction: siding

Bedrooms: 4         Baths: 2        Family Room:              Fireplace:

Type Heating:                       A/C:       Humidifier:    Electric Service:

Garage: shed/1ca    Driveway: concrete    Patio:              Landscaping: excellent

Basement:           Rec. Room:            Utility Room:                  Fence:

Entry:              Living Room: yes              Dining Room:

Kitchen:            Windows: storms              Roof: composition

Flooring:

GENERAL CONDITION AS APPRAISED    Interior: Not Entered          Exterior: Excellent

COMPARABLE PROPERTIES

| Address | Type | Bdrm | Baths | Gar | Bsmt | Sold | Date |
|---|---|---|---|---|---|---|---|
| 274 W. 8th Street | 2 sty | 4 | 2 | 2 | | $112,500.00 | 01/16/2014 |
| 70 Cedar Street | 2 sty | 5 | 2 | 2 | | $135,000.00 | 06/04/2013 |
| 218 N. Court Street | 2 sty | 3 | 2 | 1 | | $102,232.00 | 03/07/2013 |

REMARKS:

Information estimates furnished to the appraiser were obtained from sources considered reliable, believed to be true and correct. However, no responsibility can be taken for their accuracy.