201602620
ap

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT COLUMBUS

| | |
|---|---|
| IN RE:<br><br>BARRY E. DISBENNETT<br>KIMBERLY L. DISBENNETT<br><br>Debtors. | Case No. 15-56777<br><br>Chapter 13<br><br>Judge C. Preston<br><br><br>**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS OF DITECH FINANCIAL LLC (AZ) (PROPERTY LOCATED AT 206 NORTH MAPLE, ST.MARYSVILLE, OH 43040)** |

      PLEASE TAKE NOTICE that the undersigned appears for Ditech Financial LLC (AZ), Creditor, and, pursuant to Fed. R. Bankr. P. 2002, 9007, and 9010, demands that all Notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the office, post office address and telephone number set forth below.

      PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notice and papers referred to in the Fed. R. Bankr. P. specified above, but also include, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affect or seek to affect in any way, the rights and obligations of the

above referenced creditor, or, interests with respect to the above captioned debtors, or, which require or seek to require, any act, delivery of any property, payment or other conduct by said creditor.

/s/ Edward J. Boll III
Edward J. Boll III, Case Attorney
Ohio Supreme Court Reg. No. 0072982
Attorney(s) for Ditech Financial LLC (AZ)
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100
(513) 241-4094 Fax
(877) 661-7891 Toll Free Fax
sohbk@lsrlaw.com

## **CERTIFICATE OF SERVICE**

        The undersigned certifies that a copy of the foregoing Notice of Appearance and Demand for Service of Papers was electronically transmitted on the 19th day of February, 2016 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list.

Gregory S. DuPont, Esq., Attorney for Debtor
655 Metro Place South
Suite 600
Dublin, OH 43017
greg@gsdupont.com

Frank Pees, Trustee
Suite 200
130 East Wilson Bridge Road
Worthington, OH 43085-2327
trustee@ch13.org

Office of the U.S. Trustee
170 N. High Street
Suite 200
Columbus, OH 43215
ustpregion09.cb.ecf@usdoj.gov

The undersigned certifies that a copy of the foregoing Notice of Appearance and Demand for Service of Papers was transmitted on or about 19th day of February, 2016 via regular U.S. mail, postage pre-paid:

Barry E. Disbennett
206 N. Maple St.
Marysville, OH 43040

Kimberly L. Disbennett
206 N. Maple St.
Marysville, OH 43040

/s/ Edward J. Boll III
Edward J. Boll III, Case Attorney
Ohio Supreme Court Reg. No. 0072982
Attorney(s) for Ditech Financial LLC (AZ)
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100
(513) 241-4094 Fax
(877) 661-7891 Toll Free Fax
sohbk@lsrlaw.com

2